FILED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

06 MAY 30 AM 9:58

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER: (1) AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE; (2) AUTHORIZING THE RELEASE OF SUBSCRIBER AND OTHER INFORMATION; AND (3) AUTHORIZING THE DISCLOSURE OF LOCATION-BASED SERVICES | No. 1:06-MJ-23 |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER: (1) AUTHORIZING THE INSTALLATION OF AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE; (2) AUTHORIZING THE RELEASE OF SUBSCRIBER AND OTHER INFORMATION; AND (3) LOCATION OF CELL SITE ORIGINATION AND/OR TERMINATION | No. 1:06-MJ-24 |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, hereby appeals to the United States District Court from the May 17, 2006, Opinion and Order of United States Magistrate Judge Roger B. Cosbey denying the United States' applications filed under seal pursuant to 18 U.S.C. §§ 2703(d), 3123(a), 3123(b)(2) and 3124(a) seeking pen register and trap and trace devices, the release of subscriber and other information and under 1:06-MJ-23, the disclosure of location based services, and under 1:06-MJ-24, the disclosure of cell cite origination and termination.

4

Respectfully submitted,

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: David H. Miller
Assistant United States Attorney
E. Ross Adair Federal Building
& United States Courthouse
1300 South Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
Internet address: david.miller@usdoj.gov

By: Tina L. Nommay
Assistant United States Attorney
E. Ross Adair Federal Building
& United States Courthouse
1300 South Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
Internet address: tina.nommay@usdoj.gov

-2-