# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 6, 2006

*1:06 mc 6*

**By the Court:**

| | |
|---|---|
| IN THE MATTER OF:<br>   The Application of the UNITED STATES OF AMERICA, for an Order: (1) Authorizing the Installation and, Use of a Pen Register and Trap and Trace Device;, (2) Authorizing the Release of Subscriber and Other Information; and (3) Location of Cell Site Origination, and/or Termination.<br><br>UNITED STATES OF AMERICA,<br>     Plaintiff-Appellant.<br><br>Nos. 06-2525 and 06-2526 | ] Appeals from the United<br>] States District Court for<br>] the Northern District<br>] of Indiana, Fort Wayne<br>] Division.<br>]<br>] Nos. 06 MJ 24<br>]     06 MJ 23<br>]<br>] Roger B. Cosbey,<br>]    Magistrate Judge.<br>]<br>]<br>]<br>]<br>] |

### O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

Further, a preliminary review of the short records indicates that the order appealed from may not be appealable.

Generally, a party may not take an appeal to this court from a magistrate judge's ruling absent consent of all parties.

In the present case, appellant appeals a ruling of Magistrate Judge Cosbey. It is not apparent, however, that appellant may do so. Accordingly,

- over -

Nos. 06-2525 and 06-2526                                              Page 2

    IT IS ORDERED that appellant shall file, on or before June 19, 2006, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction.  A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement.  Briefing shall be suspended pending further court order.


NOTE:  Caption document "JURISDICTIONAL MEMORANDUM."  The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.